In the Matter of the Arbitration between MANNIE WERTHEIMER, Doing Business as HOUSE OF SANDMAN, Appellant, and JAMES TALCOTT, INC., Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ. [See 284 App. Div. 845.]

■

In the Matter of ESTHER PALEY, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

DAVID J. LANDAU, Appellant, v. SAMUEL REICHBACH et al., Respondents.— Order unanimously modified so as to eliminate the requirement that the bill of particulars furnish copies of all written documents prepared by plaintiff. The order appealed from will be complied with by plaintiff itemizing documents prepared and giving a summary of their contents, and by making such documents available to the inspection of the defendant. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE S. BOXER, Appellant, against THOMAS McDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

JOSEPH TOMBLIN, Respondent, v. 1459 UNIVERSITY CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

In the Matter of 400 MADISON AVENUE CORPORATION, Appellant. MADISON ADVERTISING Co., Respondent.— Order unanimously modified so as to provide that instead of items 2d and 2e, the landlord will be required to state the aggregate of space and the character of occupancy on each floor; and it is further modified by striking item 3-c with permission to the tenant to inspect any lease in dispute. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

■

LEWIS H. SAPER, as Trustee in Bankruptcy of TANGREDI CONTRACTING CORP., Bankrupt, Respondent, v. DEPOT CONSTRUCTION CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.